NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

DANNY BRETT BECKNER,        )
                            )
        Appellant,          )
                            )
v.                          )        Case No. 2D18-4757
                            )
STATE OF FLORIDA,           )
                            )
        Appellee.           )
_____ )

Opinion filed August 2, 2019.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court for
Polk County; Wayne M. Durden,
Judge.

PER CURIAM.


            Affirmed.


NORTHCUTT, BLACK, and LUCAS, JJ., Concur.